## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RLP-FERRELL STREET, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANKLIN AMERICAN MORTGAGE COMPANY, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-01470-RCJ-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on August 16, 2013. Defendant MTC Financial Inc. filed a Motion to Dismiss (#6) on August 23, 2013. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **October 28, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 16th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge